# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

HERMAN OJEDA,

        Petitioner

No. 376 MAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.